UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

| | |
|---|---|
| **Ernesto Perez**,<br><br>               Plaintiff,<br><br>v.<br><br>**L4 Construction LLC**, a Colorado Limited Liability, and **Matt Lamar**,<br><br>               Defendants. | No. 1:20-cv-00509<br><br>**NOTICE OF DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Ernesto Perez, by and through undersigned counsel, gives notice of voluntarily dismissing his claims in this action, without prejudice, against the Defendants.

RESPECTFULLY SUBMITTED this 20th day of August, 2020.

                                                BENDAU & BENDAU PLLC

                                                By: /s/ *Clifford P. Bendau, II*
                                                Clifford P. Bendau, II (OH No. 0089601)
                                                Christopher J. Bendau
                                                BENDAU & BENDAU PLLC
                                                P.O. Box 97066
                                                Phoenix, Arizona 85060
                                                Telephone AZ: (480) 382-5176
                                                Email: cliffordbendau@bendaulaw.com
                                                           chris@bendaulaw.com

                                                THE LAW OFFICES OF SIMON & SIMON

                                                By: /s/ *James L. Simon*
                                                James L. Simon (OH No. 0089483)
                                                6000 Freedom Square Dr.
                                                Independence, OH 44131
                                                Telephone: (216) 525-8890
                                                Facsimile: (216) 642-5814
                                                Email: jameslsimonlaw@yahoo.com